UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRI Z. STORM,<br><br>           Plaintiff,<br><br>     v.<br><br>GAVIN NEWSOM, et al.,<br><br>           Defendants. | Case No.: 1:24-cv-00743-SKO<br><br>**ORDER STRIKING COMPLAINT**<br><br>(Doc. 1)<br><br>**ORDER DIRECTING CLERK TO SEND PLAINTIFF CIVIL RIGHTS COMPLAINT FORM**<br><br>**ORDER DIRECTING PLAINTIFF TO FILE SIGNED COMPLAINT WITHIN 21 DAYS** |

Plaintiff Dimitri Z. Storm is proceeding pro se in this civil rights action.

## I.     INTRODUCTION

Plaintiff initiated this action by filing a document titled "Statement of Facts" on June 25, 2024. (Doc. 1.) The filing is comprised, in part, of a two-page handwritten "Statement of Facts" and "Petition an Prayer for Relief." (*Id*. at 1-2.) The remainder of the filing includes copies of correspondence from various federal agencies, copies of envelopes, a CDCR Form 1819, a copy of a photograph of a label from a package addressed to Plaintiff, an Inmate Request for Interview form, a grievance dated April 19, 2023, and other unidentified forms that appear to involve redacted information. (*Id*. at 3-18.)

## II. DISCUSSION

A review of the June 25, 2024, filing reveals Plaintiff is alleging his First, Fifth, Eighth, and Fourteenth Amendment rights were violated on or about June 11, 2024, following "theft of his personal property … legal/confidential mail that was stolen through acts of criminal conspiracy" by correctional officers Bonilla and Rios. (Doc. 1 at 1.) He states those materials included documents sent to him from several federal agencies. (*Id*.) Plaintiff seeks a restraining order and preliminary injunction, as well as an "investigation an evidence discovery process … including investigation of statements camera footage." (*Id*. at 2.)

Plaintiff's filing, construed by the Clerk of the Court as a civil rights complaint, is not signed. The Federal Rules of Civil Procedure and this Court's Local Rules require that all filed pleadings, motions, and papers be signed by the party personally if the party is unrepresented. *See* Fed. R. Civ. P. 11(a); Local Rule 131(b). Because the filing or complaint is not signed, the Court will order that it be stricken. Plaintiff will be directed to file a signed complaint within 21 days and the Clerk of the Court will be directed to provide Plaintiff with a blank civil rights complaint form.

Plaintiff is encouraged to use the civil rights complaint form to present his claims. Using the form, Plaintiff will be directed to provide the Court with the necessary information for a civil rights action, including: the identities of all named defendants;[1] the specific types of constitutional claims alleged and the facts related to those claims; the injury alleged; information concerning available administrative remedies; and the relief sought. The form also provides a space for Plaintiff's signature. Plaintiff is advised that exhibits may be submitted, but exhibits are

---

[1] The docket for this action identifies Governor Gavin Newsom, the California Attorney General, the Secretary of the California Department of Corrections and Rehabilitation (CDCR), the Warden at the Substance Abuse Treatment Facility (SATF) and "The People of the State of California" are defendants in this action. However, Plaintiff's filing references only "CDCR Officer Rios" and "CDCR Officer Bonilla." It makes no mention of Newsom, or the others named above. The Court notes Plaintiff's Application to Proceed In Forma Pauperis by a Prisoner, also filed June 25, 2024, identifies "Governor: Gavin Newsom" only. (*See* Doc. 2.) Thus, it is unclear how the California Attorney General, the Secretary of CDCR, the warden at SATF, and the "People of the State of California" came to be included on the docket. The Court will make any necessary modifications after Plaintiff submits a properly completed and signed complaint and that complaint has been screened.

neither required nor encouraged. The Federal Rules of Civil Procedure require "a short and plain statement of the claim." *See* Fed. R. Civ. P. 8(a). A complaint should clearly and succinctly state what happened, when it happened, and how each defendant was involved.

Plaintiff is further advised that once a signed complaint has been filed in this action, the Court is required to screen the complaint pursuant to 28 U.S.C. section 1915. This Court is one of the busiest district courts in the nation and all judges carry heavy caseloads. Delays are inevitable and such complaints will be screened in due course.

### III.     CONCLUSION AND ORDER

For the reasons stated above, **IT IS HEREBY ORDERED** that:

1. The filing submitted June 25, 2024, and docketed as an unsigned civil rights complaint (Doc. 1), is **STRICKEN**;
2. The Clerk of the Court is **DIRECTED** to send Plaintiff a blank civil rights complaint form; and
3. Plaintiff **SHALL** file a signed civil rights complaint **within 21 days** of the date of this order.

**WARNING: Plaintiff is advised that a failure to comply with this order will result in a recommendation that this action be dismissed for a failure to comply with court orders and a failure to prosecute**.

IT IS SO ORDERED.

Dated:   **June 26, 2024**                           /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE