# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRI Z. STORM,<br><br>    Plaintiff,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No.: 1:24-cv-0743 JLT SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION FOR A FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 17) |

Dimitri Z. Storm seeks to hold defendants liable for violations of his civil rights pursuant to 42 U.S.C. § 1983. (*See generally* Doc. 16.) The assigned magistrate judge screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a) and found Plaintiff failed to state a cognizable claim. (Doc. 17 at 3-6.) The magistrate judge found that further leave to amend was futile because the Court informed Plaintiff of the relevant legal standards, and Plaintiff did not cure the deficiencies previously identified. (*Id.* at 6-7.) Therefore, the magistrate judge recommended dismissal "for Plaintiff's failure to state a claim upon which relief can be granted." (*Id.* at 7.)

The Court served these Findings and Recommendations on Plaintiff and notified him at that any objections were due within 14 days. (Doc. 17 at 7.) The Court advised him that the "failure to file any objections within the specified time may result in the waiver of certain rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so expired.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on July 24, 2025 (Doc. 17) are **ADOPTED** in full.
2. The amended complaint is **DISMISSED** without leave to amend
3. The action is **DISMISSED** with prejudice for failure to state a claim upon which relief can be granted.
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 16, 2025**

UNITED STATES DISTRICT JUDGE

2